

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00041-CR

| | | |
|---|---|---|
| Dezmone Pinkston | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1329761D) |
| v. | § | March 19, 2015 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier _____
       Justice Bill Meier